In re WEBER'S WILL. (Supreme Court, Appellate Division, First Department. March 14, 1902.) In the matter of the will of Joseph F. Weber, deceased.

PER CURIAM. Motion denied, upon payment of $10 costs. Appellants allowed to serve a proper undertaking, upon payment of an additional $10. Appellants allowed to serve notice of appeal upon Herman C. Weber and Emeline A. Weber upon payment of an additional $10.